**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 281 WAL 2018

                     Respondent       :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

          v.                     :

                               :

DENNIS ANDREW KATONA,       :

                               :

               Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioner are:

(1)     Whether this Court should grant allowance of appeal to determine if the [e]n [b]anc Superior Court decision conflicts with and renders meaningless this Court's definition of the Independent Source Doctrine as set forth in *Commonwealth v. Melendez*, 676 A.2d 226 (Pa. 1996).

(2)     Whether, assuming this Court agrees that in Issue [1], the [e]n [b]anc Superior Court clearly misapplied the Independent Source Doctrine and thus failed to address the primary issue in this case, allowance of appeal should be granted to determine: - as a matter of first impression - if *Commonwealth v. Brion*, 652 A.2d 287 (Pa. 1994) and 18 Pa.C.S.A. § 5704(2)(iv), require prior judicial approval (i.e. a separate search warrant or order) for each separate entry of either a law enforcement agent or CI who is seeking to record private conversations within a defendant's residence.